# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **22–13326 – MCR**   Chapter: **13**

**Luis A. Perdomo**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 1 – Chapter 13 Voluntary Petition Individual Filed by Luis A. Perdomo . Government Proof of Claim due by 12/14/2022. Chapter 13 Plan and Certificate of Service due by 7/1/2022. Schedules A/B–J due 7/1/2022. Declaration for Schedules due 7/1/2022. Statement of Financial Affairs due 7/1/2022. Summary of Assets and Liabilities due 7/1/2022.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1 Due 7/1/2022 Incomplete Filings due 7/1/2022 Section 521(i)(1) Incomplete Filing date: 8/1/2022. (Aure, Lia)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 7/1/22.**
**1. The last four digits of the debtor's social security number listed on Page 1, No. 3 of the voluntary petition do not match the social security number provided on Official From 121 – Statement About Your Social Security Numbers.**
**2. On Page 3, Part 2, No. 7 of the voluntary petition, an incorrect box was checked off regarding the chapter.**

CURE: Please file an amended voluntary petition with the correct last four digits of your social security number and correct chapter. Please file a certificate of service with the amended voluntary petition.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 6/17/22

Mark A. Neal, Clerk of Court
by Deputy Clerk, Lia Aure
301–344–3392

cc:   Debtor
      Attorney for Debtor – PRO SE

defntc (rev. 12/12/2016)