## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **22–13326 – MCR**    Chapter: **13**

**Luis A. Perdomo**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:    2 – Social Security Number Verification Page Filed by Luis A. Perdomo . (Aure, Lia)

PROBLEM:    **The following items are deficient for the above pleading, and must be cured by 7/1/22. The name listed on Official Form 121 – Social Security Number Verification Page does not match the name on the voluntary petition and the signature on the form.**

CURE:

CONSEQUENCE:    Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 6/17/22

Mark A. Neal, Clerk of Court
by Deputy Clerk, Lia Aure
301–344–3392

cc:    Debtor
       Attorney for Debtor – PRO SE

defntc (rev. 12/12/2016)